UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LAUREN CALVERT, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-0464-APG-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL WAYNE ELLIS, et al., | ) | **O R D E R** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Substitution of Counsel (#26) filed June 3, 2013. Defendants seek to substitute Bruce Scott Dickinson, Esq., of Stephenson & Dickinson, P.C., in the place and stead of Kevin R. Diamond, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger.

Local Rule IA 10-6(b) provides that no attorney may withdraw after appearing in this case except by leave of court after notice is served on the affected client and opposing counsel. Local Rule IA 10-6(c) specifies the manner in which a stipulation to substitute attorneys shall be presented and provides that the attorneys' stipulation to substitute "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or any court order." Subparagraphs (d) and (e) explicitly provide that discharge, withdrawal, or substitution of an attorney shall not alone be reason for delay of pretrial proceedings, discovery, or trial, and that except for good cause shown, no withdrawals will be approved if delay would result.

1  Accordingly, having reviewed and considered the matter,

2  **IT IS ORDERED** that the Defendant's Motion for Substitution of Counsel (#26) to
3  substitute Bruce Scott Dickinson, Esq., of Stephenson & Dickinson, P.C., in the place and stead
4  of Kevin R. Diamond, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger as counsel of
5  record for Defendants in this matter is **GRANTED**, subject to the provisions of LR IA 10-6(d)
6  and (e).

8  DATED this   4th   day of June, 2013

       _____
       NANCY J. KOPPE
       United States Magistrate Judge