# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT, | Case No.: 2:13-CV-00464-APG-NJK |
| Plaintiff, | |
| vs. | |
| MICHAEL WAYNE ELLIS, EXPRESS DAILY, and DAILY EXPRESS, INC., | |
| Defendants. | |

## ORDER

On September 23, 2013, the Court entered an Order (Doc. #36) granting the parties' Stipulation to Add Parties and Amend Complaint (Doc. #35). The parties attached as Exhibit A to the Stipulation the proposed Second Amended Complaint, but Plaintiff Lauren Calvert did not file the Second Amended Complaint after the Court granted the parties' Stipulation, as is required by Local Rule 15-1(b).

IT IS THEREFORE ORDERED that Plaintiff Lauren Calvert shall file the Second Amended Complaint on or before February 20, 2014.

DATED this 6th day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1