# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN CALVERT, | |
| Plaintiffs, | Case No. 2:13-cv-00464-APG-NJK |
| vs. | ORDER |
| | (Docket No. 72) |
| MICHAEL WAYNE ELLIS, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Leave to File a Surreply. Docket No. 72. The Court has reviewed the motion and finds good cause to grant it. Defendants' Motion for Leave to File a Surreply is hereby **GRANTED**. Defendants must file any surreply no later than July 1, 2014.

IT IS SO ORDERED.

DATED: June 24, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge