# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN CALVERT,<br><br>                Plaintiff,<br><br>vs.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS, et al.,<br><br>                Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>ORDER<br><br>(Docket No. 78) |

      Pending before the Court is Plaintiff's Motion to Strike Defendants' First and Second Sur-Replies, or alternatively, Motion for Leave to File Reply to Defendants' Sur-Replies. Docket No. 78. The Court has issued its rulings on the motions that are the subject of the Sur-Replies identified in the instant motion. Accordingly, Plaintiff's motion is hereby **DENIED** as moot.

      IT IS SO ORDERED.

      DATED: August 8, 2014.

                                                                _____<br>
                                                                 NANCY J. KOPPE<br>
                                                                 United States Magistrate Judge