UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN CALVERT, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-00464-APG-NJK |
| vs. | ) ORDER |
| MICHAEL WAYNE ELLIS, et al., | ) (Docket Nos. 76, 85) |
| Defendant(s). | ) |

Pending before the Court is Defendant's motion to exclude all evidence regarding Plaintiff's future surgeries. Docket No. 76. Plaintiff filed her opposition to Defendant's motion to exclude on August 9, 2014. Docket No. 85. Plaintiff's opposition does not comply with Federal Rule of Civil Procedure 5.2(a) as it contains improper confidential information.[1] Rule 5.2 provides that a filing should not contain an individual's social-security number or birth date. Fed.R.Civ.P. 5.2(a). *See also* Special Order 108.

Based upon the foregoing,

**IT IS SO ORDERED**:

1.  The Clerk of the Court shall seal the document at Docket No. 85.

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
(1) the last four digits of the social-security number and taxpayer-identification number;
(2) the year of the individual's birth;
(3) the minor's initials; and
(4) the last four digits of the financial-account number.

  2. Plaintiff shall refile her opposition (Docket No. 85) with the appropriate redactions of confidential information, not later than December 22, 2014.

  3. Plaintiff is **ORDERED** to provide chambers a paper copy of the redacted opposition not later than 4:00 p.m. on December 22, 2014. *See* Special Order No. 109 at IV.D (requiring parties to provide chambers a paper copy of all electronic documents that exceed 50 pages in length).

  4. Defendant is **ORDERED** to provide chambers a paper copy of the motion to exclude not later than 4:00 p.m. on December 17, 2014. *See* Special Order No. 109.

DATED: December 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -