# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN CALVERT,<br>　　　　Plaintiff(s),<br>vs.<br>MICHAEL WAYNE ELLIS, et al.,<br>　　　　Defendant(s). | Case No. 2:13-cv-00464-APG-NJK<br><br>ORDER<br><br>(Docket No. 130, 76) |

Pending before the Court is Defendants' request to excuse Darlene Ellis from attendance at settlement conference. Docket No. 130. On December 17, 2014, Plaintiff filed a notice of non-opposition to Defendants' request. Docket No. 133. With good cause appearing, Defendants' request to excuse Darlene Ellis from attendance at settlement conference (Docket No. 130) is hereby **GRANTED**.

Also pending before the Court is Defendants' motion to exclude all evidence regarding Plaintiff's future surgeries. Docket No. 76. On December 15, 2014, the Court ordered Defendants to provide chambers a paper copy of the motion to exclude, no later than 4:00 p.m. on December 17, 2014. Docket No. 132, at 2. To date, chambers has not received a paper copy of the motion. Accordingly, Defendants are hereby **ORDERED** to provide chambers a paper copy of the motion to exclude (Docket No. 76) no later than 12:00 p.m. on December 19, 2014. Failure to abide by this order may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1 and Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: December 18, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge