**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN CALVERT, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-00464-APG-NJK |
| vs. | ) ORDER SETTING HEARING |
| MICHAEL WAYNE ELLIS, et al., | ) |
| Defendant(s). | ) (Docket No. 76) |

Pending before the Court is Defendants' motion to exclude all evidence regarding Plaintiff's future surgeries pursuant to Fed.R.Civ.P. 37(c)(1). Docket No. 76. The Court hereby **SETS** a hearing on Defendants' motion for January 23, 2015, at 1:00 p.m., in Courtroom 3D.

IT IS SO ORDERED.

DATED: January 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge