# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>                    Plaintiff,<br><br>v.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS, EXPRESS DAILY, DAILY EXPRESS, INC., DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, ROE COMPANIES and ROE TRUCKING COMPANY,<br><br>                    Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER ON MOTION IN LIMINE**<br><br>(Dkt. #81) |

Defendants have moved in *limine* to exclude the reports and testimony of plaintiff's expert Philip Sidlow. Defendants raise a number of questions about Sidlow's qualifications, his methodology, and the basis for his conclusions. Because of the factual nature of the parties' dispute and relevant issues not fully addressed by the written briefs, a hearing is appropriate under *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993).

IT IS THEREFORE ORDERED that defendants' motion in limine regarding Philip Sidlow (Dkt. #81) is set for an evidentiary hearing on April 8, 2015 at 2:00 p.m. in Las Vegas courtroom 6C.

Dated: March 16, 2015.

                                                    ANDREW P. GORDON<br>
                                                    UNITED STATES DISTRICT JUDGE