**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAUREN CALVERT, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS; EXPRESS DAILY; DAILY EXPRESS, INC.; DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, AND ROE COMPANIES, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER TO EXCLUDE ALL EVIDENCE REGARDING PLAINTIFF'S FUTURE SURGERIES**<br><br>(Dkt. ##144, 147) |

Defendants filed a motion in limine to exclude evidence about plaintiff Lauren Calvert's future surgeries. (Dkt. #76.)  Magistrate Judge Koppe granted that motion. (Dkt. #144.)  Calvert then filed an objection to Judge Koppe's order. (Dkt. #147.)

I have reviewed the objection, Judge Koppe's order, and the underlying papers.  Judge Koppe's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).  Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's order (Dkt. #144) is affirmed in its entirety, and plaintiff's objection (Dkt. #147) is overruled.

DATED this 13th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE