UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>  Plaintiff,<br><br>  v.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS; EXPRESS DAILY; DAILY EXPRESS, INC.; DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, AND ROE COMPANIES, inclusive,<br><br>  Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL**<br><br>(Dkt. ##156, 161) |

Plaintiff filed an incorrectly-titled "Emergency Motion to Continue Trial." (Dkt. #156.) Defendants oppose that motion for a variety of reasons, including their concern that delaying the trial will allow plaintiff to reopen her case and supplement her evidence. (Dkt. #158 at 4-5.) Plaintiff has not requested, and I am not granting her, the ability to supplement her evidence. Magistrate Judge Koppe previously excluded evidence about plaintiff's future surgeries (Dkt. #76), and I affirmed that order. (Dkt. #155.) The only issue presented in the current motion is whether to continue the trial due to plaintiff's upcoming surgery and her trial counsel's apparently-busy schedule. Good cause exists to move the trial date.

IT IS HEREBY ORDERED that plaintiff's motion to continue trial **(Dkt. #156) is GRANTED**, and defendants' motion to file a surreply **(Dkt. #161) is DENIED**. The September 28, 2015 trial setting and September 23, 2015 calendar call are vacated.

IT IS FURTHER ORDERED that this case is set for a jury trial on the court's stacked calendar on **January 25, 2016 at 9:00 a.m.**, in Las Vegas Courtroom 6C. Calendar Call will be **January 20, 2016 at 8:45 a.m.** All proposed jury instructions shall be filed electronically by 12:00

/ / / /

p.m. on January 20, 2016.  All proposed *voir dire* questions to be asked of the jury panel shall be filed electronically by 12:00 p.m., on January 20, 2016.

DATED this 12th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE