UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUREN CALVERT,<br><br>              Plaintiff,<br><br>    v.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS, EXPRESS DAILY, DAILY EXPRESS, INC., DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, ROE COMPANIES and ROE TRUCKING COMPANY,<br><br>              Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER REQUIRING THE PARTIES TO MEET AND CONFER** |

      The parties have filed several motions in limine in anticipation of trial.  Per my Civil Standing Order No. 1, which is posted on my court webpage, counsel should meet and confer to determine whether the potential evidentiary disputes mentioned in the various motions actually exist and can be narrowed or eliminated.

      IT IS THEREFORE ORDERED that the parties shall meet and confer about the substance of these (and any other contemplated) motions in limine.  If agreements are reached on any motions, in whole or in part, the prophylactic goal of motions in limine may be obtained by incorporating the agreements into a stipulation and proposed order for me to consider.  Should the parties not reach agreement, the parties must file a certificate stating that counsel actually conferred in good faith to resolve the issue and confirming which motions remain in dispute.  Failure to file the certificate of counsel will result in the denial of all motions in limine.

      Dated: December 11, 2015.

                                                                       ANDREW P. GORDON<br>
                                                                      UNITED STATES DISTRICT JUDGE