UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL WAYNE ELLIS, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER DENYING MOTION IN LIMINE TO LIMIT EXPERTS TO OPINIONS EXPRESSED IN THEIR REPORTS**<br><br>(Dkt. #185) |

    Plaintiff Lauren Calvert requests that I limit the trial testimony of the defense experts to those opinions and bases expressed in their expert reports. The plaintiff does not identify any particular testimony she expects the experts to provide that goes beyond the scope of their reports, so I have no context to rule on this motion. I therefore deny it without prejudice to the plaintiff objecting to particular questions or answers at trial. I presume that all parties and their respective counsel understand and will abide by their obligations under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    IT IS THEREFORE ORDERED that the plaintiff's motion in limine number 4 to limit defendants' experts' testimony **(Dkt. #185) is DENIED**.

    DATED this 6th day of January, 2016.

                                                        _____
                                                        ANDREW P. GORDON
                                                       UNITED STATES DISTRICT JUDGE