UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>Plaintiff,<br><br>v.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS; EXPRESS DAILY; DAILY EXPRESS, INC.; DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, AND ROE COMPANIES, inclusive,<br><br>Defendants. | Case No. 13–cv–00464–APG–NJK<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE AND DENYING DEFENDANTS' MOTION TO FILE A REPLY**<br><br>(Dkt. ##167, 173, 178, 180, 182) |

    Defendants move in limine to exclude medical and billing records related to plaintiff Lauren Calvert's "future surgeries." Magistrate Judge Koppe and I have already excluded Calvert from proffering evidence relating to these surgeries. (*See* Dkt. ##144, 155, 162.)

    IT IS HEREBY ORDERED that Defendants' motions in limine **(Dkt. ##167, 178, 180, 182) are GRANTED.** The medical and billing records identified as exhibits 131–134, 138–141, 145–148, and 149 in the various supplemental disclosures are excluded from trial.

    IT IS FURTHER ORDERED that Defendants' motion for leave to file a reply to one of its motions in limine **(Dkt. #173) is DENIED as moot**.

    DATED this 6th day of January, 2016.

                                                      ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE