UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUREN CALVERT,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL WAYNE ELLIS, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-00464-APG-NJK<br><br>**ORDER DENYING MOTIONS IN LIMINE REGARDING JURY QUESTIONNAIRE AND EXTENDED VOIR DIRE**<br><br>(Dkt. ##183, 194) |

Plaintiff Lauren Calvert requests that I allow the parties to present a jury questionnaire prior to voir dire and to conduct extended voir dire. (Dkt. ##183, 194.) I decline to do so.

IT IS THEREFORE ORDERED that the plaintiff's motion in limine number 2 (Dkt. #183) and motion for extended voir dire by counsel (Dkt. #194) are DENIED.

DATED this 6th day of January, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE