UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE ELLIS, *et al.*,<br><br>            Defendants. | Case No. 13–cv–00464–APG–NJK<br><br>**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 14**<br><br>(Dkt. #193) |

    Plaintiff Lauren Calvert moves in limine to exclude any evidence, testimony, argument, or suggestion that the collision was a "minor" or "low-impact" accident because the defendants did not retain a biomechanics or accident reconstruction expert. Calvert's motion is denied as an unreasonable restraint on the defense's ability to present its case. If an expert witnesses testifies on matters that are beyond the scope of his or her expertise or report, the other party may make an appropriate objection at trial.

    IT IS HEREBY ORDERED that plaintiff's motion in limine number 14 to exclude "minor" or "low impact" accident and any argument, opinions, or reference implicating biomechanics and accident reconstruction **(Dkt. #193) is DENIED**.

    DATED this 8th day of January, 2016.

                                                              ANDREW P. GORDON<br>
                                                              UNITED STATES DISTRICT JUDGE