UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE ELLIS, *et al.*,<br><br>  Defendants. | Case No. 13–cv–00464–APG–NJK<br><br>**ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE AS TO DEFENDANT RUNNING A RED LIGHT, SKID MARKS, AND DEFENDANT DRIVER'S ALLEGED POST-ACCIDENT STATEMENT**<br><br>(Dkt. #205) |

   Defendants move in limine to exclude evidence that the defendant driver ran a red light, created skid marks on the road, and made certain post-accident statements. Evidence regarding the red light may be proffered because it will help the jury understand how the accident occurred. *See* Fed. R. Evid. 401, Advisory Comm. Notes (1972). The probative value of this evidence is not substantially outweighed by a danger of unfair prejudice because the defendants admitted liability. *See* Fed. R. Evid. 403. Evidence regarding skid marks and the driver's post-accident statements may also be proffered because both are relevant to the severity of the collision.

   IT IS HEREBY ORDERED that defendants' motion in limine to preclude evidence as to the driver running a red light, creating skid marks, and alleged post-accident statement **(Dkt. #205) is DENIED**.

   DATED this 8th day of January, 2016.

   ANDREW P. GORDON
   UNITED STATES DISTRICT JUDGE