UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUREN CALVERT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE ELLIS, *et al.*,<br><br>        Defendants. | Case No. 13–cv–00464–APG–NJK<br><br>**ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE**<br><br>(Dkt. #208) |

Defendants move in limine to exclude Dr. Kaplan's supplemental report, which addresses Calvert's "future surgeries." Magistrate Judge Koppe and I previously precluded Calvert from proffering evidence of these surgeries. (*See* Dkt. ##144, 155, 162.)

IT IS HEREBY ORDERED that defendants' motion in limine **(Dkt. #208) is GRANTED** and Dr. Kaplan's supplemental report is excluded from evidence.

DATED this 8th day of January, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE