**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

LAUREN CALVERT,

            Plaintiff,

    v.

MICHAEL WAYNE ELLIS, *et al.*,

            Defendants.

Case No. 13–cv–00464–APG–NJK

**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 15**

(Dkt. #197)

      Plaintiff Lauren Calvert moves in limine to exclude Clark E. Smith, M.D. from testifying at trial. Dr. Smith is a forensic psychiatrist and board certified in psychiatry, neurology (general, forensic, and addiction), and pain management. He was retained to provide a complete picture of Calvert's medical history. I find that Dr. Smith's opinions are within the scope of his expertise. This includes matters related to Calvert's alleged history of severe alcoholism and unstable bipolar disorder. Magistrate Judge Koppe reached the same conclusion on August, 8, 2014, holding that Dr. Smith is an appropriate expert to rebut Drs. Prater, Kaplan, and Kabins' opinions. (*See* Dkt. #87.)

      IT IS HEREBY ORDERED that plaintiff's motion in limine number 15 to exclude the opinions and testimony of defense expert Clark E. Smith, M.D. **(Dkt. #197) is DENIED**.

      DATED this 8th day of January, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE