DENNIS M. PRINCE, ESQ.
Nevada Bar No.: 5092
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No.: 7432
**EGLET PRINCE**
400 South Seventh Street, Suite 400
Ph.: (702) 450-5400
Fax: (702) 450-5451
eservice@egletlaw.com
*Attorneys for Plaintiff*

-and-

RYAN ANDERSON, ESQ.
Nevada Bar No.: 11040
JACQUELINE R. BRETELL, ESQ.
Nevada Bar No.: 12335
**MORRIS ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Tel: (702) 333-1111
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LAUREN CALVERT, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>DARLENE ELLIS AS SUCCESSOR IN INTEREST TO MICHAEL WAYNE ELLIS; EXPRESS DAILY; DAILY EXPRESS, INC.; DOE OWNER, I-V, DOE DRIVER, I-V, ROE EMPLOYER, AND ROE COMPANIES, inclusive,<br><br>        Defendants. | CASE NO.: 2:13-cv-00464-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT REPORT WITH RESULTS FROM MEET AND CONFER REGARDING WITNESSES, EXHIBITS AND OTHER PRE-TRIAL MATTERS PURSUANT TO THE COURT'S JANUARY 20, 2016 MINUTE ORDER [DKT. 257]<br>(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, LAUREN CALVERT, by and through her attorneys, DENNIS M. PRINCE, ESQ., and ERICA D. ENTSMINGER, ESQ., of the law firm of EGLET PRINCE, and Defendants, EXPRESS DAILY and DAILY EXPRESS, INC., by and through their attorneys of record, DOUGLAS B. MARCELLO, ESQ. of MARCELLO & KIVISTO, LLC, and SCOTT A. FLINDERS, ESQ. of HUTCHISON & STEFFEN, LLC, pending the Court's approval, that the date for the parties to file a joint report regarding witnesses, exhibits and deposition designations and other pre-trial matters be extended.

On January 20, 2016, the Court entered a minute order requiring the parties to meet and confer with regard to witnesses, trial exhibits, exhibit lists, deposition designations and other pre-trial matters, and to file a joint report on the results of that conference by March 21, 2016. [Dkt. 257]. On March 2, 2016, EGLET PRINCE filed a Motion For Leave To Withdraw as Counsel of Record [Dkt. 262], with MORRIS ANDERSON remaining as counsel for Plaintiff. As of the date of this stipulation, the Court has yet to rule on the subject motion.

The parties request this extension based on the pending motion, and to provide Plaintiff's remaining counsel with adequate opportunity to prepare for and participate in the subject conference. The parties therefore respectfually request that the Court extend the time to conduct the subject meet and confer from March 21, 2016 to a date fourteen (14) days following the date the Court rules upon EGLET PRINCE'S pending motion to withdraw.

**ORDER**

**IT IS SO ORDERED**.

Dated: March 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

DATED this 16th day of March, 2016.

**EGLET PRINCE**

/s/ Erica D. Entsminger
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No.: 7432
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 16th day of March, 2016.

**MARCELLO & KIVISTO**

/s/ Douglas Marcello
DOUGLAS B. MARCELLO, ESQ.
*Pro Hac Vice*
1200 Walnut Bottom Road, Suite 331
Carlisle, Pennsylvania 17015
*Attorneys for Defendants*

DATED this 16th day of March, 2016.

**HUTCHISON & STEFFEN, LLC**

/s/ Scott A. Flinders
SCOTT A. FLINDERS, ESQ.
Nevada Bar No.: 9154
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED this _____ day of March , 2016.

_____
UNITED STATES MAGISTRATE JUDGE